THE STATE OF OHIO, APPELLEE, *v.* CARPER, APPELLANT.

[Cite as *State v. Carper* (1999), 87 Ohio St.3d 35.]

(No. 99–927—Submitted September 15, 1999—Decided October 13, 1999.)

*William N. Eachus* and *Jeffrey L. Finley,* for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Weitbrecht* (1999), 86 Ohio St.3d 368, 715 N.E.2d 167.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his dissenting opinion in *State v. Weitbrecht* (1999), 86 Ohio St.3d 368, 374, 715 N.E.2d 167, 172.